# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

> GRANTED. The Court accepts Defendant Servis' waiver of appearance. Counsel for Mr. Servis should be prepared to discuss scheduling and to address any issues or questions that arise.
>
> Date: 3/17/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

**VIA ECF FILING**

The Honorable Mary K. Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Navarro, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

I represent Jason Servis in the above-referenced Indictment and write to respectfully request, pursuant to Fed. R. Crim. P. 10(b), that the Court allow Mr. Servis to waive his personal appearance at his March 23, 2020 arraignment and the initial conference. Attached as Exhibit A is written waiver of appearance executed by Mr. Servis. The government has no objection to this request.

Mr. Servis is 62 years old and resides in Florida. His attendance next week would require him to fly to and from New York City. Given the public health situation in New York City with the COVID19 pandemic, I request that the Court grant Mr. Servis's waiver of personal appearance.

As reflected in the written waiver of appearance, Mr. Servis has received a copy of the above-referenced Indictment and I have reviewed it with him. Mr. Servis enters a plea of "Not Guilty" to Count Three.

Respectfully submitted,

*Rita Glavin/eb*

Rita M. Glavin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020