# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

March 18, 2020

**VIA ECF FILING**

The Honorable Mary K. Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: <u>United States v. Navarro, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

I, along with my partner, Michael Considine, represent Jason Servis in the above-referenced matter and write to respectfully request for us to appear telephonically at the March 23, 2020 conference.

Yesterday, the Court granted Mr. Servis's motion to waive his personal appearance at his March 23, 2020 arraignment and the initial conference. *See* Dkt. No. 80. Because Mr. Considine and I are working remotely outside of New York City due to the current public health concerns, we request to attend the conference via telephone in lieu of a personal appearance.

Respectfully submitted,

*Rita Glavin/eb*

Rita M. Glavin

---

GRANTED. Counsel is directed to call 888-278-0296 and enter access code 5195844 to join the conference. Counsel for Mr. Servis should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.

Date: 3/18/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge