USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/31/2020

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK  10004

TELEPHONE:  (212) 574-1200
FACSIMILE:  (212) 480-8421
WWW.SEWKIS.COM

RITA M. GLAVIN
(212) 574-1309
glavin@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC  20005
TELEPHONE:  (202) 737-8833
FACSIMILE:  (202) 737-5184

August 28, 2020

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States of America v. Jason Servis, 20 Cr. 160-10 (MKV)

Dear Judge Vyskocil:

    I represent Mr. Jason Servis, who is currently on release pending the above-referenced prosecution.  Mr. Servis's release conditions have certain travel restrictions.  We respectfully seek permission for Mr. Servis to travel to, and remain in, Charles Town, West Virginia, from September 2, 2020 to September 6, 2020 to visit his parents and assist in performing household chores.

    Mr. Servis intends to drive to his parents' home at 9 Berkeley Ct., Charles Town, West Virginia on September 2, 2020, and to return to New Jersey on September 6, 2020.  He has not seen his parents—both of whom are in their late-eighties—since October 2019.

    Both AUSA Sarah Mortazavi and Pretrial Services Officer Asst. Dayshawn Bostic have indicated that they do not object to this application and have authorized us to inform the Court of this development.

    Thank you for considering this request.

Sincerely yours,

---

Defendant Jason Servis's bail conditions are modified to permit travel to and from Charles Town, West Virginia on the dates mentioned in the letter.  SO ORDERED.

Date:  8/31/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge