USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

**Mr. Servis's bail conditions are modified to permit him to travel to Charles Town, West Virginia and to Winchester, Virginia, for the purpose of visiting his parents. Mr. Servis may not travel to any other location without approval of the Court. Mr. Servis is reminded that he is to have no contact with racehorses while he is traveling. SO ORDERED.**

Date: 5/25/2021
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

**VIA ECF AND UNDER SEAL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States of America v. Jason Servis, 1:20-cr-00160-10-MKV

Dear Judge Vyskocil:

My co-counsel, Michael Considine, and I represent Mr. Jason Servis, who is currently on release pending the above-referenced matter. Mr. Servis's release conditions have certain travel restrictions. We respectfully seek permission for Mr. Servis to travel to, and remain in, Charles Town, West Virginia, to visit to his father ███████████████████████.

If approved, Mr. Servis would travel on Sunday, May 23, 2021, to his parents' home at 9 Berkeley Ct., Charles Town, West Virginia. Mr. Servis would remain at his parents' home in Charles Town, West Virginia, during which time he plans to visit his father who is currently at ████████████████████████████ in Winchester, Virginia, before returning to his home in Jupiter, Florida, on or before June 6, 2021.

Mr. Servis's parents are both in their late eighties. His mother ████████████████████. Mr. Servis respectfully requests the Court grant him permission to travel to attend to his father and mother.

AUSA Andrew Adams and Pretrial Services Office Dayshawn Bostic consent to this request.

Respectfully submitted,

_____/s/_____
Rita M. Glavin

Cc:    AUSA Andrew Adams (by email and ECF)
       Pretrial Services Officer Asst, Dayshawn Bostic (by email)