# GLAVIN PLLC

2585 Broadway #211
New York, New York 10025
646-693-5505

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2021

July 27, 2021

**VIA ECF AND UNDER SEAL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**GRANTED. Mr. Servis is reminded that he is to have no contact with racehorses while he is traveling. SO ORDERED.**

Date: 7/28/2021
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Re:   United States of America v. Jason Servis, 20 Cr. 160-10 (MKV)

Dear Judge Vyskocil:

My co-counsel, Michael Considine, and I represent Mr. Jason Servis, who is currently on release pending the above-referenced prosecution. Mr. Servis's present release conditions restrict his travel to the Southern District of New York, Eastern District of New York, District of New Jersey, Southern District of Florida, and transit points in between. We respectfully seek permission for Mr. Servis to travel to, and remain in, Charles Town, West Virginia, for a limited time to see his mother and his father, both of whom are in their late-eighties.

If approved, Mr. Servis would travel from his home in New Jersey on August 12, 2021, to his parents' home at 9 Berkeley Ct., Charles Town, West Virginia. Mr. Servis would remain at his parents' home in Charles Town, West Virginia, before returning to his home in New Jersey on or before August 20, 2021. His mother ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and his father ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mr. Servis respectfully requests the Court grant him permission to travel to visit with them and assist with their care during that time.

AUSA Andrew Adams and Pretrial Services Office Dayshawn Bostic consent to this request.

Thank you for considering this request.

Sincerely yours,

_____/s/_____
Rita M. Glavin

Cc:   AUSA Andrew Adams (by email and ECF)
      Pretrial Services Officer Asst, Dayshawn Bostic (by email)