UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JASON SERVIS, et. al,

                    Defendant.

20 Cr. 160 (MKV)

AFFIRMATION OF RITA M. GLAVIN IN SUPPORT OF DEFENDANT JASON SERVIS'S MOTION TO SUPPRESS T-III WIRETAP INTERCEPTIONS

RITA M. GLAVIN, ESQ., hereby affirms as follows:

1.     I am an attorney licensed to practice in the State of New York, and I represent Jason Servis.  Mr. Servis is charged in Counts Three and Four of the Superseding Indictment.

2.     Exhibit 1 annexed hereto is the affidavit of FBI Agent Robert Berntsson dated April 30, 2019, submitted in connection with an application for a Title-III wiretap of Mr. Servis's telephone.

3.     Exhibits 2-4 annexed hereto are affidavits of FBI Agent Timothy Bergen dated May 29, 2019, June 27, 2019, and July 30, 2019, respectively, requesting 30-day extensions of the Title-III wiretap of Mr. Servis's phone.

4.     Exhibits 1A, 1B, 2A, 2B, 3A, 3B, 4A, 4B annexed hereto are periodic reports concerning the status of the wiretap of Mr. Servis's phone dated May 10, 2019, May 17,

2019, June 10, 2019, June 18, 2019, July 8, 2019, July 17, 2019, August 9, 2019, and August 19, 2019, respectively.

5.      Exhibit 5 annexed hereto is a screen shot of Medivet Equine's website as of August 15, 2019.

6.      Exhibit 6 annexed hereto is a copy of an online article published by Bloodhorse dated March 13, 2020 and entitled "RMTC, FDA Played Roles in Navarro, Servis Investigation."

7.      Exhibit 7 annexed hereto is a copy of an article published by The Sydney Morning Herald dated March 11, 2020 and entitled "NSW Stewards Tested Drug at Centre of US Scandal Five Years Ago."

8.      Exhibit 8 annexed hereto is copy of a California Horse Racing Board ("CHRB") Investigative Report dated June 24, 2020 (the "Report"), that was produced by the Government in discovery.  Exhibit 9 is a November 11, 2020 email from the CHRB's Chief of Enforcement and Licensing to the Government, attaching the Report.

9.      Exhibit 10 annexed hereto is an article published by The Washington Post dated April 29, 2021 and entitled "With Private Eyes and Political Muscle, Horse Racing's Elite Pushed to Punish Dopers."

10.      Exhibit 11 annexed hereto is an email chain produced by the Government in discovery that spans from June 6, 2019 to June 7, 2019, between ████████ and representatives of the Hong Kong Jockey Club ("HKJB") and between ████████ and FBI Agents Timothy Bergen and Bruce Turpin.

11.      Exhibit 12 annexed hereto is an email chain produced by the Government in discovery that spans from June 6, 2019 to June 11, 2019, between ████████ and

representatives of the Hong Kong Jockey Club ("HKJB") and between ███████ and FBI Agent Bruce Turpin.

12.     Exhibit 13 annexed hereto is an email chain produced by the Government in discovery that spans from June 6, 2019 to June 24, 2019, between ███████ and representatives of the Hong Kong Jockey Club ("HKJB") and between ███████ and FBI Agent Bruce Turpin.

13.     Exhibit 14 annexed hereto is an email chain produced by the Government that spans from June 6, 2019 to June 24, 2019, between ███████ and representatives of the Hong Kong Jockey Club ("HKJB"); ███████ and FBI Agent Bruce Turpin; and between FBI Agents Bruce Turpin and several other agents including FBI Agents Timothy Bergen and Robert Berntsson.

14.     Exhibit 15 annexed hereto is a copy of an Equine Medical Advisory dated July 31, 2018, released by the New York State Gaming Commission.

15.     Exhibit 16 annexed hereto are excerpts of testimony provided by Dr. Steven Barker and Dr. Cynthia Cole in a Florida administrative proceeding held on September 1, 2015 in *Dep't of Bus. and Prof'l Regul., Div. of Pari-Mutuel Wagering v. Kirk Ziadie*, Case No. 15-2326PL.

16.     Exhibit 17 annexed hereto is a copy of an FBI line sheet produced in discovery summarizing an intercepted call between Michael Kegley and Kristian Rhein on August 15, 2019.

17.     Exhibit 18 annexed hereto is the affidavit of FBI Agent Bruce Turpin dated September 20, 2019, submitted in connection with an application for a search warrant of Michael Kegley's email account.

18.     Exhibit 19 annexed hereto is the affidavit of FBI Agent Lisa Pension dated February 28, 2020, submitted in connection with an application for a search warrant of Medivet's premises.

19.     Exhibit 20 annexed hereto is the affidavit of FBI Agent Bruce Turpin dated April 6, 2020, submitted in connection with an application for a search warrant for several email accounts, including Mr. Servis's.

20.     Exhibit 21 and 22 annexed hereto are two separate email chains produced by the Government in discovery from April 10, 2019, between Mr. Servis and Kristian Rhein.

21.     Exhibit 23 annexed hereto are copies of text messages produced by the government in discovery dated June 17 and June 19, 2019, between an FBI confidential source and Michael Kegley.

22.     Exhibit 24 annexed hereto are copies of a June 20, 2019 email produced by the Government in discovery, between and among Medivet, Michael Kegley, and an FBI confidential source.

23.     Exhibit 25 annexed hereto are three FBI 302 reports dated July 29, 2019, July 31, 2019, and August 14, 2019, produced by the Government in discovery reflecting interactions between Michael Kegley and an FBI confidential source on July 19, 2019, July 24, 2019, and July 26, 2019.

Dated: August 2, 2021
New York, NY


                                        _/s/  Rita M. Glavin_

                                        Rita M. Glavin, Esq.
                                        Glavin PLLC
                                        2585 Broadway #211
                                        New York, NY 10025
                                        Tel: (646) 693-5505

rglavin@glavinpllc.com

Michael G. Considine
Noah S. Czarny
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
Fax: (212) 480-8421
considine@sewkis.com
czarny@sewkis.com