UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON SERVIS, et. al,<br><br>                Defendant. | 20 Cr. 160 (MKV) |

# **EXHIBIT 1**

# **FILED UNDER SEAL**