# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

August 27, 2021

**VIA ECF AND UNDER SEAL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States of America v. Jason Servis, 20 Cr. 160-10 (MKV)

Dear Judge Vyskocil:

      My co-counsel, Michael Considine, and I represent Mr. Jason Servis, who is currently on release pending the above-referenced prosecution. Mr. Servis's present release conditions restrict his travel to the Southern District of New York, Eastern District of New York, District of New Jersey, Southern District of Florida, and transit points in between. We respectfully seek permission for Mr. Servis to travel to, and remain in, Charles Town, West Virginia, from Tuesday to Friday next week to see his mother (in her late-eighties) and his father (in his early-nineties).

      If approved, Mr. Servis would travel from his home in New Jersey on August 31, 2021, to his parents' home at 9 Berkeley Ct., Charles Town, West Virginia. Mr. Servis would remain at his parents' home in Charles Town, West Virginia, before returning to his home in Florida on or before September 3, 2021. His mother ███████████████ and his father ████████████████████████ ████████████. Mr. Servis respectfully requests the Court grant him permission to travel to visit with them and assist with their care during that time.

      AUSA Andrew Adams and Pretrial Services Office Dayshawn Bostic consent to this request.

      Thank you for considering this request.

      Sincerely yours,

      _____/s/_____
      Rita M. Glavin

Cc:    AUSA Andrew Adams (by email and ECF)
          Pretrial Services Officer Asst, Dayshawn Bostic (by email)