**GLAVIN PLLC**
2585 Broadway #211
New York, New York 10025
646-693-5505

February 23, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Jason Servis, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

    I represent Jason Servis in the above-referenced matter and write to respectfully request that the Court excuse Mr. Servis's appearance at the status conference scheduled for 11:00 am on February 24, 2022. Federal Rule of Criminal Procedure 43(b)(3) provides that a defendant need not be present "when the proceeding involves only a conference or hearing upon a question of law." I have discussed the conference and potential issues with Mr. Servis. Following the conference, I will advise Mr. Servis of all discussions and order the transcript for review if necessary.

                                                           Respectfully submitted,

                                                           _____/s/_____
                                                               Rita M. Glavin

cc: Andrew Adams, Esq.
    Sarah Mortazavi, Esq.
    Benet Kearney, Esq.
    Assistant United States Attorneys