# GLAVIN PLLC
2585 Broadway #211
New York, New York 10025
646-693-5505

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2022

March 1, 2022

**VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States of America v. Jason Servis</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

    I represent Mr. Jason Servis, who is currently on release in the above-referenced matter. Mr. Servis's present release conditions restrict his travel to the Southern District of New York, Eastern District of New York, District of New Jersey, Southern District of Florida, Northern District of West Virginia, and transit points in between. We respectfully seek permission for Mr. Servis to travel to Saint Petersburg, Florida for his brother-in-law's funeral, and Bradenton, Florida for his niece's wedding.

    If approved, Mr. Servis would travel from his home in Jupiter, Florida to Saint Petersburg, Florida for the funeral on March 7 and return March 8. Separately, he would travel from Jupiter, Florida to Bradenton, Florida on March 17, the wedding is March 19, and he would return on March 20. Mr. Servis respectfully requests the Court grant him permission to travel to be with his family on these occasions.

    AUSA Andrew Adams has no objection to this request, and Pretrial Services Office Dayshawn Bostic consents to this request.

Respectfully submitted,

_____/s/_____
Rita M. Glavin

Cc: AUSA Andrew Adams (by email and ECF)
Pretrial Services Officer Asst, Dayshawn Bostic (by email)

**Granted. SO ORDERED.**

Date: March 2, 2022
New York, New York

Mary Kay Vyskocil
United States District Judge