

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2022

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__12/2/2022____

Re:   *United States v. Jason Servis and Alexander Chan*, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

The Government respectfully writes on behalf of the parties to jointly request a one-week adjournment of the deadline for filing motions *in limine* for the upcoming trial in this matter, which are currently scheduled to be filed this Monday, December 5, 2022.

Defendant Alexander Chan is currently scheduled to enter a change of plea on Monday, December 5, 2022, and has represented to the Government that he does not intend to file motions *in limine*. The Government and counsel for defendant Jason Servis are currently in discussions regarding a potential pre-trial disposition, which may obviate the need for trial. In light of the foregoing, the parties respectfully contend that a brief adjournment of the upcoming deadline will facilitate the parties' ongoing efforts to reach a resolution short of trial.

Wherefore, the parties respectfully request that the upcoming deadline for filing motions *in limine* be adjourned to December 12, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   ___/s/_____
      Sarah Mortazavi
      Assistant United States Attorney
      212-637-2520

Cc: All counsel (via ECF)

> This request for an extension of time to file motions *in limine* is GRANTED.
> Motions *in limine* are due December 12, 2022. The deadline to oppose those
> motions and to file all other required pretrial submissions remains December
> 19, 2022 and will not be extended.
>
> Date:  Dec. 2, 2022          *Mary Kay Vyskocil*
> New York, New York           Mary Kay Vyskocil
>                              United States District Judge