UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 20-cr-160-12 (MKV) |
| JASON SERVIS, | SCHEDULING ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/2022

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Court will hold a change of plea hearing on December 9, 2022 at 11:00 a.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Date:  December 8, 2022
       New York, NY

                                            MARY KAY VYSKOCIL
                                            United States District Judge