```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA :
 :          CONSENT PRELIMINARY ORDER
    - v. -  :          OF FORFEITURE/
 :          MONEY JUDGMENT
JASON SERVIS,
 :          S16 20 Cr. 160 (MKV)
            Defendant.
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 9, 2022, JASON SERVIS (the "Defendant"), was charged in a two-count Superseding Information (the "Information"), with one count of introducing into interstate commerce misbranded and adulterated drugs with intent to defraud or mislead, in violation of Title 21, United States Code, Sections 331 and 333(a)(2) (Count One), and introducing into interstate commerce misbranded and adulterated drugs, in violation of Title 21, United States Code, Sections 331 and 333(a)(1) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 334, of any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property (the "Forfeitable Property");

WHEREAS, on or about December 9, 2022, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One and Two of the

Information and agreed to forfeit, pursuant to Title 21, United States Code, Sections 334 and 853, and Title 28, United States Code, Section 2461(c), a sum of money equal to $311,760 in United States currency representing the value of the Forfeitable Property;

WHEREAS, the Defendant consents to the entry of the Money Judgment in the amount of $311,760 in United States currency for which the Defendant is jointly and severally liable with co-defendant Kristian Rhein and Alexander Chan, representing the value of Forfeitable Property, subject to the provisions for payment specified below; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the Forfeitable Property cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Sarah Mortazavi and Cecilia Vogel, of counsel, and the Defendant, and his counsel, Rita M. Glavin, Esq., and Michael Considine, Esq., that:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, the Money Judgment in the amount of $311,760 in United States currency (the "Money Judgment"), representing the value of the Forfeitable Property, for which the Defendant is jointly and severally liable with co-defendants Kristian Rhein and Alexander Chan, shall be entered against the Defendant and shall be due to the United States by or before the date of sentencing.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, shall be deemed part of the sentence of the Defendant and will be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by overnight mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[Continued]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Sarah Mortazavi                                                          12/08/2022
    SARAH MORTAZAVI                                                              DATE
    CECILIA VOGEL
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007

By: _____                                                      12/9/22
    JASON SERVIS                                                                 DATE

By: _____                                                      12/9/22
    RITA M. GLAVIN, ESQ.                                                         DATE
    Attorney for Defendant

SO ORDERED:

_____                                                          12/9/22
HONORABLE MARY KAY VYSKOCIL                                                      DATE
UNITED STATES DISTRICT JUDGE