UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                           :

UNITED STATES OF AMERICA       :
                           :

        - v. -            :

JASON SERVIS,              :

            Defendant.   :
                           X
- - - - - - - - - - - - - - - - - -

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/9/22__

SUPERSEDING INFORMATION

S16 20 Cr. 160 (MKV)

## COUNT ONE
### (Introducing Into Interstate Commerce Adulterated and Misbranded Drugs)

The United States Attorney charges:

1.    From at least in or about 2018 through at least in or about 2019, in the Southern District of New York, and elsewhere, JASON SERVIS, the defendant, with the intent to defraud and mislead, introduced and delivered into interstate commerce, and caused the introduction and delivery into interstate commerce of, adulterated and misbranded drugs, as defined by 21 U.S.C. §§ 351(a)(5), 352(a), 352(b), 352(f), 352(o), 353(f), and 360b, in violation of 21 U.S.C. §§ 331(a) and 333(a)(2), to wit, SERVIS caused to be transported in interstate commerce an unapproved, improperly labeled drug similar to, but more potent than, Clenbuterol, and took steps to conceal that conduct from racing regulators.

(Title 21, United States Code, Sections 331(a) and 333(a)(2);
Title 18, United States Code, Section 2.)

**COUNT TWO**
**(Introducing Into Interstate Commerce Adulterated and Misbranded Drugs)**

The United States Attorney further charges:

2.     From at least in or about December 2016 through at least in or about March 2020, JASON SERVIS, the defendant, introduced and delivered into interstate commerce, and caused the introduction and delivery into interstate commerce of, adulterated and misbranded drugs, as defined by 21 U.S.C. §§ 351(a)(5), 352(a), 352(b), 352(f), 352(o), 353(f), and 360b, in violation of 21 U.S.C. §§ 331(a), and 333(a)(1), to wit, SERVIS caused others to ship on his behalf SGF-1000, an unapproved, improperly labeled injectable drug.

(Title 21, United States Code, Sections 331(a), and 333(a)(1); Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATION**

2.     As a result of committing the offenses charged in Counts One and Two of this Superseding Information, JASON SERVIS, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461, any and all drugs that were adulterated or misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not, under the provisions of section 331(ll), 344, or 355 of this title, have

2

been introduced into interstate commerce, including but not limited to a sum of money in United States currency representing the value of such property.

### Substitute Asset Provision

4.    If any of the above described forfeitable property, as a result of any act or omission of the defendant:

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third person;

c.    Has been placed beyond the jurisdiction of the Court;

d.    Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

(Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461.)

DAMIAN WILLIAMS
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON SERVIS,

Defendant.

## SUPERSEDING INFORMATION

S16 20 Cr. 160 (MKV)

(21 U.S.C. §§ 331(a), 332(a)(1),
332(a)(2), and 18 U.S.C. § 2.)

DAMIAN WILLIAMS
United States Attorney.