USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/11/2023__

**GLAVIN PLLC**
156 West 56th Street, Suite 2004
New York, New York 10019

July 11, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Jason Servis, et al.</u>, 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

  I represent Jason Servis in the above-referenced matter and write to respectfully request a one-day extension—from July 12 to July 13—to file his sentencing submission. I make this request because I experienced unexpected delays yesterday in connection with a deposition in Rochester, New York that pushed back my return. The government consents to this request with the condition that the government's sentencing submission be due one week from July 13. Accordingly, I request that the defense sentencing submission be submitted on July 13 and the government's submission be submitted on July 20.

         Respectfully submitted,

         _____/s/_____
         Rita M. Glavin

cc: Assistant U.S. Attorney Sarah Mortazavi

---

**Granted. SO ORDERED.**

Date: July 11, 2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge