UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

United States of America

        v.

Jason Servis,

                Defendant.

**Order of Restitution**

S16 20 Cr. 160 (MKV)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah Mortazavi, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Counts One and Two of the above Information; the Defendant's agreement, pursuant to the plea agreement between the Defendant and the Government dated December 9, 2022; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** Jason Servis, the Defendant, shall pay restitution in the total amount of $163,932 to the victim of the offense charged in Count Four of the S6 Superseding Indictment filed in *United States v. Navarro et al.*, 20 Cr. 160 (MKV) (the "S6 Indictment"). The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of Kristian Rhein and any other defendant ordered to make restitution for the offense charged in Count Four of the S6 Indictment, or in any superseding charging document charging the same offense conduct as alleged in Count Four of the S6 Indictment. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount

09.10.2013

of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and any co-defendant in this matter.

Dated: New York, New York
       July 26, 2023

                                                           _____
The Honorable Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE